| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>O'Connell, Beverly | 2. Court or Organization<br><br>United States District Court, Central District of California | 3. Date of Report<br><br>10/10/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☑　Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

| 7. Chambers or Office Address<br><br>United State District Court<br>Central District<br>312 North Spring Street<br>Los Angeles, CA 90012 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑　NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐　NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2015 | Loyola Law School, agreement to serve as Adjunct Professor in 2015 |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly | 10/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Loyola Law School - teaching | $6,600.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Los Angeles County District Attorney's Office - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly | 10/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Ron Iden | 2 Tickets to Pepperdine University Law School Dinner | $400.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly | 10/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   3D Systems (DDD) | | None | J | T | | | | | |
| 2.   Abbive (ABBV) | B | Distribution | K | T | | | | | |
| 3.   Advent Clay (AVK) | A | Dividend | | | Sold | 10/19/15 | J | | |
| 4.   Alibaba Grp Holding (BABA) | A | Distribution | | | Buy | 05/06/15 | K | | |
| 5. | | None | | | Sold | 05/21/15 | K | B | |
| 6.   Allianza NJF Div Int Prm St (NFJ) | | None | | | Sold | 06/15/15 | J | | |
| 7.   Allied World Assurance (AWH) | | None | | | Buy | 05/26/15 | J | | |
| 8. | | None | | | Sold | 12/02/15 | J | | |
| 9.   Apple (AAPL) | B | Dividend | L | T | | | | | |
| 10.  Applied Materials (AMAT) | A | Dividend | | | Sold | 05/01/15 | K | | |
| 11.  Am. Intel Group (AIG) | A | Dividend | J | T | | | | | |
| 12.  Atlas Pipeline Partners (APL) | B | Dividend | K | T | | | | | |
| 13.  Baker Hughes (BHI) | A | Dividend | J | T | Sold | 04/29/15 | J | | |
| 14.  Bank of America (BAC) | A | Dividend | J | T | | | | | |
| 15.  Bank California (BANC) | A | Dividend | | | Buy | 01/21/15 | J | | |
| 16. | | None | | | Sold | 04/24/15 | J | B | |
| 17.  Baxter Int'l (BAX) | | None | | | Buy | 05/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly | 10/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | None | | | Sold | 09/16/15 | J | | |
| 19. Blackrock (C11) | A | Dividend | J | T | | | | | |
| 20. Blackstone Gp LP Rep Ltd (BX) | A | Distribution | | | Sold | 03/04/15 | J | C | |
| 21. Breitburn Energ Ps LP (BBEP) | | None | | | Sold | 10/14/15 | J | | |
| 22. | | None | | | Buy (add'l) | 02/09/15 | J | | |
| 23. | | None | K | T | Buy (add'l) | 02/26/15 | J | | |
| 24. Brookfield AM (BAM) | A | Dividend | J | T | | | | | |
| 25. Bristol Myers Squibb (BMY) | A | Dividend | | | Sold | 01/26/15 | K | C | |
| 26. CVR (CVPR) | A | Distribution | J | T | | | | | |
| 27. CVR (CVPR) | A | Distribution | J | T | | | | | |
| 28. CVR Partners LP 12633-10-8 | | None | | | Buy | 03/04/15 | J | | |
| 29. | | None | | | Sold | 11/05/15 | J | | |
| 30. Calumet (CLMT) | B | Dividend | J | T | | | | | |
| 31. Calamos Glo Dynamic Inc (CHW) | A | Dividend | K | T | | | | | |
| 32. Calamos Strategic Total Return Fund (CSQ) | A | Dividend | K | T | | | | | |
| 33. Calamos Strategic Global Return Fund (CGO) | B | Dividend | K | T | | | | | |
| 34. CSX Corp. stock (CSX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly | 10/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cerovus (CVE) | A | Dividend | J | T | | | | | |
| 36. Chevron (CVX) | | None | | | Buy | 09/04/15 | K | | |
| 37. | | None | | | Sold | 10/22/15 | J | B | |
| 38. Chicago Bridge & Iron (CBI) | | None | | | Buy | 02/13/15 | J | | |
| 39. | | None | | | Buy (add'l) | 02/17/15 | J | | |
| 40. | | None | | | Sold | 04/15/15 | K | D | |
| 41. Cogent Comms Hldgs (CCOI) | | None | | | Buy | 06/15/15 | J | | |
| 42. | | None | | | Sold | 11/06/15 | J | A | |
| 43. Columbia Sportswear (COLM) | A | Dividend | | | Sold | 02/13/15 | J | B | |
| 44. Commonwealth REIT (CWH) | B | Dividend | K | T | | | | | |
| 45. Consolidated Water Co (CWCO) | | None | | | Sold | 06/05/15 | J | B | |
| 46. Davidson Multi-Corp. (DFMAX) | | None | K | T | | | | | |
| 47. Devon Energy Corp New (DVN) | A | Dividend | | | Sold | 04/09/15 | J | A | |
| 48. Discovery Laboratories stock (DSCO) | A | Dividend | J | T | | | | | |
| 49. Dicks Sporting Goods (DKS) | A | Dividend | | | Sold | 02/23/15 | J | B | |
| 50. Div & Inc Fd. (DNI) | B | Dividend | K | T | | | | | |
| 51. Du Pont De Nemour (DD) | | None | | | Buy | 06/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly | 10/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | None | | | Sold | 09/22/15 | J | | |
| 53. EMC Corp. Mass (EMC) | | None | | | Sold | 09/09/15 | J | | |
| 54. Eaton Vance (EXG) | A | Dividend | | | Sold | 10/26/15 | J | A | |
| 55. Eaton Corp PLC (ETN) | | None | | | Buy | 05/04/15 | J | | |
| 56. | | None | | | Sold | 11/02/15 | J | | |
| 57. Emerson Electric Co. (EMR) | | None | | | Buy | 06/01/15 | J | | |
| 58. Emerson Electric Co. (EMR) | | None | | | Sold | 08/05/15 | J | A | |
| 59. Ensco PLC Cl A (ESV) | | None | | | Sold | 03/06/15 | J | | |
| 60. Extreme Networks (EXTR) | | None | | | Sold | 09/11/15 | J | | |
| 61. Fiat Chrysler (FCAU) | | None | | | Buy | 04/16/15 | J | | |
| 62. | | None | | | Sold | 11/16/15 | J | | |
| 63. First Trust (TDIV) | A | Dividend | J | T | | | | | |
| 64. First Tr DA Davidson Tips 2014 | A | Dividend | | | Redeemed | 02/09/15 | K | | |
| 65. Ford Motor Co New (F) | B | Dividend | K | T | | | | | |
| 66. Freeport McMoran (FCX) | A | Dividend | | | Sold | 05/26/15 | J | | |
| 67. General Electric Corp. stock (GE) | B | Dividend | K | T | | | | | |
| 68. General Motors (GM) | A | Dividend | | | Buy | 02/11/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly | 10/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | None | | | Sold | 09/11/15 | J | | |
| 70. GlaxoSmithKline PLC Spon ADR (GSK) | | None | J | T | | | | | |
| 71. Greenbrier Companies (DBX) | | None | | | Sold | 10/13/15 | K | C | |
| 72. Group Health (OPK) | A | Dividend | K | T | | | | | |
| 73. Halcon Resources (HK) | | None | J | T | | | | | |
| 74. HCP, Inc. (HCP) | | None | | | Sold | 01/14/15 | K | C | |
| 75. Halozyme (HALO) | | None | | | Sold | 05/21/15 | J | C | |
| 76. Healthcare Tr. America stock (HTA) | A | Dividend | K | T | | | | | |
| 77. Helmerich & Payne (HP) | | None | J | T | | | | | |
| 78. IMAX Corp (IMAX) | | None | | | Sold | 02/03/15 | K | D | |
| 79. Intel Corp (INTC) | A | Dividend | J | T | Buy | 06/15/15 | J | | |
| 80. International Paper (IP) | | None | | | Sold | 01/26/15 | K | B | |
| 81. I Shares ETF (EEM) | | None | | | Sold | 09/04/15 | J | | |
| 82. Ishares Europe (IEV) | | None | | | Sold | 12/01/15 | J | | |
| 83. IShares MSCI Canada ETF (EWC) | | None | | | Sold | 01/30/15 | J | | |
| 84. IShares MSCI Austrailia ETF (EWA) | | None | | | Sold | 01/30/15 | J | | |
| 85. Invesco Mortgage Cap (IVR) | B | Dividend | | | Sold | 10/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly | 10/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Invest. RET (IRET) | A | Dividend | J | T | | | | | |
| 87. Iridium Comm (IRDM) | | None | | | Sold | 03/30/15 | K | C | |
| 88. Johnson & Johnson (JNJ) | | None | K | T | | | | | |
| 89. John Hancock Div. (HTD) | B | Dividend | K | T | | | | | |
| 90. JP Morgan Chase Alt (AMJ) | A | Dividend | J | T | | | | | |
| 91. Kayne Anderson Energy (KED) | A | Dividend | K | T | | | | | |
| 92. Kinder Morgan (KMI) | B | Dividend | J | T | | | | | |
| 93. KBR Inc (KBR) | A | Dividend | | | Sold | 03/20/15 | J | | |
| 94. KKR (KKR) | | | | | Buy | 03/05/15 | K | | |
| 95. | | | | | Buy (add'l) | 06/04/15 | J | | |
| 96. KKR (KKR) | A | None | | | Sold | 09/29/15 | K | | |
| 97. Kulicke & Soffa Ind (KLIC) | | None | | | Sold | 02/20/15 | J | | |
| 98. Marketo Inc (MKTO) | | None | | | Buy | 04/15/15 | J | | |
| 99. | | None | | | Sold | 10/16/15 | J | B | |
| 100. Maxim Int Prod (MXIM) | | None | | | Buy | 06/05/15 | J | | |
| 101. | | None | | | Sold | 10/16/15 | J | B | |
| 102. Maxwell Tech (MXWL) | | None | | | Sold | 02/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly | 10/10/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | None | | | Buy | 06/23/15 | J | | |
| 104. | | None | | | Sold | 12/03/15 | J | B | |
| 105. MEI Pharma (MEIP) | | None | | | Buy | 03/16/15 | J | | |
| 106. | | None | | | Sold | 05/08/15 | J | | |
| 107. Michael Kors Hld (KORS) | | None | | | Sold | 02/24/15 | K | | |
| 108. Mercury Gen. Ins. Co. (MCY) | A | Dividend | J | T | | | | | |
| 109. Microsoft Corp. stock (MSFT) | | None | | | Buy (add'l) | 02/23/15 | J | | |
| 110. | | None | | | Sold | 10/30/15 | K | B | |
| 111. McQuarie First Trust (MFD) | | None | K | T | | | | | |
| 112. National Oilwell Vargo (NOV) | A | Dividend | | | Sold | 05/21/15 | J | | |
| 113. Netapp (NTAP) | | None | | | Sold | 06/15/15 | J | | |
| 114. New Media Inv (NEWM) | | None | | | Buy | 07/16/15 | J | | |
| 115. | | None | | | Sold | 12/01/15 | J | A | |
| 116. North Atlantic Drilling (NADL) | | None | | | Sold | 05/04/15 | J | | |
| 117. Northern Lights (TWOAX) | A | Dividend | K | T | | | | | |
| 118. Novadale Tech (NVDQ) | B | Dividend | K | T | | | | | |
| 119. Novavax stock (NVAX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly | 10/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Omnitek Engineering (OMTK) | | None | | | Sold | 01/05/15 | J | | |
| 121.  ONeok Inc (OKE) | | None | J | T | Buy | 01/22/15 | J | | |
| 122. | | None | | | Buy (add'l) | 02/24/15 | J | | |
| 123. | A | Dividend | K | T | Buy (add'l) | 04/13/15 | J | | |
| 124.  Occidential Petroleum (OXY) | A | Dividend | K | T | Buy | 04/10/15 | K | | |
| 125.  OPKO Health (OPK) | | None | | | Buy (add'l) | 03/27/15 | J | | |
| 126. | | None | | | Sold (part) | 02/05/15 | K | | |
| 127. | | None | | | Sold | 06/01/15 | L | E | |
| 128.  Pacific Coast Oil (ROYT) | | None | | | Sold | 05/04/15 | J | | |
| 129.  Petroleo Brasileiro (PBR) | A | Dividend | K | T | | | | | |
| 130.  Physicians Realty (DOC) | B | Dividend | K | T | | | | | |
| 131.  Potash Corp Sask (POT) | | None | | | Buy | 01/02/15 | J | | |
| 132. | A | Dividend | J | T | Buy (add'l) | 01/22/15 | J | | |
| 133.  Proshares OFF (PXR) | | None | | | Sold | 06/30/15 | J | | |
| 134.  Proshares TRS ETF (TBF) | | None | | | Buy | 03/06/15 | J | | |
| 135. | | None | | | Sold | 08/28/15 | J | | |
| 136.  Qualcomm Inc (QCOM) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly | 10/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Schnitzer Steel Ind Cl A (SCHN) | | None | | | Sold | 01/21/15 | J | | |
| 138. Rayonier (RYN) | | None | | | Buy (add'l) | 05/20/15 | K | | |
| 139. | | None | K | T | Sold (part) | 08/28/15 | J | | |
| 140. Realty, Inc. (O) | A | Dividend | K | T | | | | | |
| 141. San Juan Basin Royalty Tr (SJT) | | None | | | Sold | 04/21/15 | J | | |
| 142. Sandisk (SNDK) | | None | | | Buy | 04/10/15 | J | | |
| 143. | | None | | | Sold | 10/21/15 | K | A | |
| 144. Seadrill (SDRL) | | None | | | Sold | 09/04/15 | J | | |
| 145. Sector Fin (XLF) | | None | | | Sold | 07/22/15 | J | B | |
| 146. Sector Mtls ETC (XLB) | A | Dividend | J | T | | | | | |
| 147. Senior Housing Properties (SNH) | | None | | | Sold | 05/19/15 | K | | |
| 148. Sprint Corp (S) | | None | | | Buy | 02/25/15 | J | | |
| 149. | | None | | | Buy (add'l) | 04/06/15 | K | | |
| 150. | | None | | | Sold | 09/01/15 | K | | |
| 151. Star Gas PT (SGU) | | None | | | Sold | 04/01/15 | J | B | |
| 152. Source Capital (SPR) | A | Dividend | J | T | | | | | |
| 153. Starbucks Corp. (SBUX) | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly | 10/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Suntrust Banks (STI) | | None | | | Sold | 07/01/15 | J | B | |
| 155. Synovus Financial Corp. stock | | None | J | T | | | | | |
| 156. Tri Continental Corp (TY) | | None | | | Sold | 10/07/15 | J | | |
| 157. Triumph Group (TGI) | | None | | | Sold | 10/19/15 | J | | |
| 158. Tutor Perini (TPC) | | None | | | Sold | 09/11/15 | J | | |
| 159. Twitter (TWTR) | | None | | | Buy | 02/05/15 | J | | |
| 160. | | None | | | Sold | 02/26/15 | J | B | |
| 161. Tyson Foods Cl A (TSN) | A | Dividend | | | Sold | 04/06/15 | J | A | |
| 162. Torchlight En (TRCH) | A | Dividend | J | T | | | | | |
| 163. Towerstream (TWER) | A | Dividend | K | T | | | | | |
| 164. Transamerica MLP (TMLAX) | A | Dividend | J | T | | | | | |
| 165. Umpqua ((UMP) | A | Dividend | K | T | | | | | |
| 166. Unilever (UN) | | None | | | Buy | 01/12/15 | J | | |
| 167. | | None | | | Sold | 08/05/15 | J | B | |
| 168. Universal Health Realty (UHT) | A | Dividend | | | Sold | 01/06/15 | J | B | |
| 169. Uranium Energy Corp. stock (UEC) | C | Distribution | K | T | | | | | |
| 170. Vale SA APL (VALE) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly | 10/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Vale SA APL (VALE) | B | Dividend | K | T | | | | | |
| 172. Vanguard Emerging Market (VWO) | | None | | | Sold | 05/04/15 | K | A | |
| 173. Vanguard Europe stock (VGK) | | None | | | Sold | 08/27/15 | J | | |
| 174. Vanguard PRIMECAP fund (VPMCX) | B | Dividend | K | T | | | | | |
| 175. Vanguard Windso II Fund (VWNFX) | A | Dividend | J | T | | | | | |
| 176. Walt Disney (DIS) | A | Dividend | J | T | | | | | |
| 177. Weyerhauser (WY) | A | Dividend | J | T | | | | | |
| 178. Windstream Corp. 97382A-10-1 | | None | | | Sold | 04/02/15 | J | | |
| 179. Yahoo (YHOO) | | None | | | Buy | 01/08/15 | K | | |
| 180. | | None | | | Sold | 07/13/15 | J | | |
| 181. Ziopharm Oncology (ZIOP) | | None | | | Buy | 02/26/15 | J | | |
| 182. | | None | | | Buy (add'l) | 05/01/15 | K | | |
| 183. | | None | | | Sold | 06/18/15 | K | C | |
| 184. Zoetis (ZTX) | A | Dividend | J | T | Buy | 06/25/15 | J | | |
| 185. CASTEFA 130911L32 | A | Interest | | | Redeemed | 07/01/15 | J | | |
| 186. CASTPW municipal bond | B | Interest | J | T | | | | | |
| 187. CASTCMNYS municipal bond | B | Interest | | | Redeemed | 07/01/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly | 10/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Two Oaks Diversivfied Gr & Inc Fund (TWOAX) | | None | L | T | | | | | |
| 189. Claremont Univ. Graduate bond CUSIP 130178QD1 | B | Interest | K | T | | | | | |
| 190. Cajon Valley Elem. School municipal bond | A | Interest | J | T | | | | | |
| 191. Cajon, CA municipal bond | A | Int./Div. | J | T | | | | | |
| 192. Calfornia Public Works municipal bond | A | Interest | K | T | | | | | |
| 193. Huntington Mem. Hosp. municipal bond CUSIP 130911M23 | B | Interest | K | T | | | | | |
| 194. Huntington Mem. Hosp. municipal bond CUSIP 130811L32 | B | Interest | K | T | | | | | |
| 195. Monrovia Library Proj. municipal bond CUSIP 611578BB0 | A | Interest | K | T | | | | | |
| 196. Orange County Series A municipal bond CUSIP 68428TAR8 | A | Interest | K | T | | | | | |
| 197. Oxnard Gas municipal bond CUSIP 691884AV2 | A | Interest | K | T | | | | | |
| 198. Ventura County Unified School Dist. municipal bond | A | Interest | K | T | | | | | |
| 199. Woodside Elementary Sch Mun Bond CUSIP 98023RAZ0 | A | Interest | K | T | | | | | |
| 200. Chase Bank cash accounts | A | Interest | K | T | | | | | |
| 201. LA County Savings Plan | A | Dividend | J | T | | | | | |
| 202. | | | | | | | | | |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly | 10/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Connell, Beverly | 10/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Beverly O'Connell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544